WESTERN UNION TELEGRAPH CO. v. NASHVILLE, C. & ST. L. RY.

(Circuit Court of Appeals, Fifth Circuit. April 2, 1918.)

No. 3138.

Appeal from the District Court of the United States for the Northern District of Georgia. William T. Newman, Judge.

Bill by the Western Union Telegraph Company against the Nashville, Chattanooga & St. Louis Railway. From the decree dismissing the bill (243 Fed. 694), complainant appeals. Affirmed.

William L. Clay, of Savannah, Ga., and Arthur Heyman, of Atlanta, Ga. (Rush Taggart and Albert T. Benedict, both of New York City, on the brief), for appellant.

Henry C. Peeples and John L. Tye, both of Atlanta, Ga., and Claude Waller, of Nashville, Tenn., for appellee.

Before WALKER and BATTS, Circuit Judges, and GRUBB, District Judge.

WALKER, Circuit Judge. There are differences between this case and the case of Western Union Telegraph Co. v. Louisville & Nashville Railroad Co., 250 Fed. 199, —— C. C. A. ——, Circuit Court of Appeals, Fifth Circuit, present term; but the similarities between the two cases are such as to make the opinion rendered in the last-mentioned case a sufficient disclosure of the grounds relied on to support the conclusion reached in this case that it was not reversible error to dismiss the plaintiff's (appellant's) bill of complaint as it was amended.

The decree to that effect is affirmed.

BATTS, Circuit Judge, not participating in the decision.